Decided September 29, 1999

## MORRIS SILVERSTEIN ET AL. *v.* RICHARD B. LASCHEVER, ADMINISTRATOR (ESTATE OF ESTHER S. SILVERSTEIN), ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 54 Conn. App. 901 (AC 18049), is denied.

remains in a building or any other premises in violation of . . . a protective order issued pursuant to section 46b-38c or 54-1k by the Superior Court."

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Morris Silverstein*, pro se, and *Samuel Silverstein*, pro se, in support of the petition.

Decided September 29, 1999